UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


ROBERT BRYANT,

      Plaintiff,

v.                           Civil Action No. 2:22-cv-00262

GESTAMP WEST VIRGINIA, LLC,

      Defendant.


MEMORANDUM OPINION AND ORDER


For reasons appearing to the court, the final settlement conference scheduled for September 18, 2023, and trial scheduled for September 19, 2023, are cancelled.  The final settlement conference is re-scheduled for October 10, 2023, at 1:30 p.m. and trial is re-scheduled for October 11, 2023, at 9:30 a.m.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: September 11, 2023


John T. Copenhaver, Jr.
Senior United States District Judge